# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| David Aranowitz and Roxane Compagna on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hackensack Meridian Health, Inc.,<br><br>Defendant. | Case No: 2:20-cv-01409-JMV |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CASE
## <u>WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs in the above styled action hereby dismiss all claims in this matter without prejudice.

Dated: March 10, 2020

Respectfully submitted,

/s/ *Roopal P. Luhana*
CHAFFIN LUHANA LLP
Roopal P. Luhana, Esq.
Steven Cohn, Esq.
600 Third Avenue, 12th Floor
New York, NY 10016
Phone: 888-480-1136
Fax: 888-499-1123
luhana@chaffinluhana.com
cohn@chaffinluhana.com

WHITFIELD BRYSON & MASON LLP
Gary E. Mason., Esq.
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Phone: 202.640.1160
Fax: 202.429.2294
gmason@wbmllp.com

KOZONIS & KLINGER, LTD.
Gary M. Klinger, Esq.
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60630
Phone: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com

*Attorneys for Plaintiff and
the Proposed Class*